**William Eugene LEVENTHAL, Appellant,**

v.

**Sgt. Daniel SCHAFFER, Appellee,**

of Missouri.

**Lt. Jeff Ritzman, Defendant.**

No. 10–3473.

United States Court of Appeals,
Eighth Circuit.

Submitted June 7, 2011.

Filed June 9, 2011.

Before MELLOY, GRUENDER, and
BENTON, Circuit Judges.

PER CURIAM.

William Leventhal appeals the district
court's[1] judgment following a bench trial
in his 42 U.S.C. § 1983 action against Sergeant Daniel Schaffer of the Iowa State
Patrol. This court reviews the trial court's findings of fact for clear error and its
conclusions of law de novo. *See Darst–
Webbe Tenant Ass'n Bd. v. St. Louis
Hous. Auth.,* 339 F.3d 702, 710–11 (8th
Cir.2003). The district court's factual findings are not clearly erroneous because
they are supported by three witnesses'
testimony. Based on these findings,
Schaffer's belief that he had probable
cause to arrest Leventhal for disorderly
conduct was reasonable under the circumstances, entitling him to qualified immunity. *See Amrine v. Brooks,* 522 F.3d 823,
831 (8th Cir.2008).

This court affirms. *See* 8th Cir. R. 47B.

---

1. The Honorable Mark Bennett, United States District Judge for the Northern District of Iowa.